# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

October 8, 2021

**VIA ECF**

Honorable Debra Freeman  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007

> The proposed modified schedule is approved.
>
> **SO ORDERED**
>
> _____  
> DEBRA FREEMAN  
> United States Magistrate Judge  
> Dated:  10/8/2021

Re:   *Vanderhorst v. Commissioner of Social Security,*  
       Civil Action No. 1:20-cv-09921-DCF

Dear Judge Freeman,

    We write on behalf of plaintiff, Julia Vanderhorst on Behalf of Minor Child SJAV, and with the consent of the defendant, to request a 60-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion is due on October 11, 2021. Plaintiff respectfully requests an extension of time up to and including December 10, 2021. This is plaintiff's first request for an extension.

    Subject to the approval of the Court, the parties propose the following revised briefing schedule:

a. Plaintiff to file her motion for judgment on the pleadings on or before **December 10, 2021**;

b. Defendant to file its response/cross-motion on or before **February 8, 2022**; and

c. Plaintiff to serve her reply (if any) on or before **March 1, 2022**.

Honorable Debra Freeman
October 8, 2021
Page 2

      Thank you for your consideration of this request.

                Respectfully submitted,

                s/Daniel A. Osborn
                Daniel A. Osborn
                OSBORN LAW, P.C.
                43 West 43rd Street, Suite 131
                New York, New York 10036
                Telephone:    212-725-9800
                Facsimile:     212-500-5115
                dosborn@osbornlawpc.com

cc: Shira Siskind, Esq. (by ECF)