# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  
Lindsay M. Trust, Esq.

43 West 43rd Street, Suite 131  
New York, New York 10036  
Phone: 212-725-9800  
Facsimile: 212-500-5115

Email: info@osbornlawpc.com  
www.osbornlawpc.com

> The proposed modification to the briefing schedule is adopted.
>
> **SO ORDERED**
>
> *Debra Freeman* (signature)
>
> DEBRA FREEMAN  
> United States Magistrate Judge
>
> Dated: 12/4/2021

December 3, 2021

**VIA ECF**

Honorable Debra Freeman  
United States Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street  
New York, New York 10007

    Re: *Vanderhorst v. Commissioner of Social Security*,  
       Civil Action No. 1:20-cv-09921-DCF

Dear Judge Freeman,

  We write on behalf of plaintiff, Julia Vanderhorst on behalf of Minor Child SJAV, and with the consent of the defendant, to request a 45-day extension of time to file plaintiff's motion for judgment on the pleadings. Plaintiff's motion currently is due on December 10, 2021. Plaintiff respectfully requests an extension of time up to and including January 24, 2022. This is plaintiff's second request for an extension. The request is necessitated by the number of briefs due to be filed by our office within the next two weeks.

  Subject to the approval of the Court, the parties propose the following revised briefing schedule:

  a. Plaintiff to file her motion for judgment on the pleadings on or before **January 24, 2022**;

  b. Defendant to file its response/cross-motion on or before **March 25, 2022**; and

Honorable Debra Freeman
December 3, 2021
Page 2

      c.   Plaintiff to serve her reply (if any) on or before **April 15, 2022**.

Thank you for your consideration of this request.

                         Respectfully submitted,

                         s/Daniel A. Osborn
                         Daniel A. Osborn
                         OSBORN LAW, P.C.
                         43 West 43rd Street, Suite 131
                         New York, New York 10036
                         Telephone:   212-725-9800
                         Facsimile:    212-500-5115
                         dosborn@osbornlawpc.com

cc: Shira Siskind, Esq. (by ECF)