UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JULIA V., obo, SJAV,

                    Plaintiff,                    20 **CIVIL** 9921 (GRJ)

      -v-                                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 14, 2022, that Plaintiff's Motion for Judgment on the Pleadings (Docket No. 30) is GRANTED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 34) is DENIED; and this case is REMANDED for calculation of benefits.

**Dated:**  New York, New York
          November 14, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                  **BY:**

                                                                   **Deputy Clerk**